NUMBER 13-01-670-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________


PEDECO, INC., Appellant,


v.


MARIO ALONSO SAENZ, Appellee.

____________________________________________________________________


On appeal from the 93rd District Court

of Hidalgo County, Texas.

____________________________________________________________________



O P I N I O N

Before Justices Dorsey, Yañez, and Rodriguez

Opinion Per Curiam



 On September 21, 2001, appellant, Pedeco, Inc., filed an emergency motion for stay of the trial setting in this cause. 
Appellant's emergency motion for stay was granted by this Court on September 21, 2001. A joint motion to dismiss the
appeal has now been filed. In the motion, appellant and appellee, Mario Alonso Saenz, state that they have agreed to
dismiss this interlocutory appeal and to lift the stay the Court had entered pending disposition of the appeal. The parties
have further agreed that the dismissal of the appeal shall not constitute a waiver of any objection to venue that appellant has
raised or may raise. 

 The Court, having considered the documents on file and the joint motion to dismiss by agreement, is of the opinion that the
motion should be granted. The stay granted on September 21, 2001, is ordered lifted. The joint motion to dismiss the
appeal by agreement is hereby GRANTED.

 Furthermore, appellee's emergency motion to dissolve the stay and motion to dismiss the appeal and supplemental
emergency motion to dissolve the stay and motion to dismiss the appeal filed on September 25, 2001, and interested
person's (plaintiffs) emergency motion to modify and/or vacate (in part) the stay order filed on September 26, 2001, are
hereby DENIED AS MOOT.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 28th day of September, 2001.